IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 21-cv-0194-RMR-KLM

THOMAS R. CHAVEZ,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA

    Defendant.

**ORDER**

This Court has considered Plaintiff's Opening Brief (ECF No. 26), Defendant's Response Brief (ECF No. 27), and Plaintiff's Reply Brief (ECF No. 31). For the reasons set forth in this Court's Order at ECF No. 35, IT IS ORDERED as follows:

1. Defendant Unum Life Insurance Company of America's October 15, 2020 decision terminating Plaintiff's monthly benefits is overturned.

2. The Court remands Plaintiff's disability claim to Defendant Unum Life Insurance Company of America's Benefit Center to determine ongoing monthly benefits after October 15, 2020, consistent with the Court's Order at ECF No. 35.

3. Unum Life will pay 8% simple interest on any past monthly benefits that are determined to be payable.

4. Unum Life will pay $15,000 in attorneys' fees to Plaintiff.

5. Unum Life will pay taxable costs of $573.93.

6. Defendant Unum Life Insurance Company of America will complete its review and issue payment within ERISA timeframes to the extent they are applicable.

7. The Clerk of the Court is directed to administratively close this case. Any party may file a motion to reopen this matter should a change in circumstances warrant it.

DATED: December 13, 2022

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge